■ PROSPERITY CONSTRUCTION CORP. et al., Appellants, v. KNICKERBOCKER ICE CO. et al., Respondents.—

Hopkins, Acting P. J., Munder, Latham, Shapiro and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOAMONT ALLMAN, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFONZO BELL, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.